UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| United States of America, | Case No.: 2:18-cr-00283-JAD-DJA |
|---|---|
| Plaintiff | |
| v. | **Order Denying Request for Halfway House Recommendation** |
| James Allyn Morris, | [ECF No. 55] |
| Defendant | |

Defendant James Allyn Morris is serving a 28-month prison sentence with three years of supervised release to follow.[1] In a letter to the undersigned sentencing judge, Morris notes that he is only being considered for six months of halfway-house placement and wants this court to recommend him for an extended stay.[2] Although I am sympathetic to Morris's concerns about his reentry, his request is premature, may be unnecessary, and is better suited for the U.S. Probation Office. Some time after his release to the halfway house, he will be assigned a U.S. Probation officer and may make his request to that officer who can evaluate it in light of his progress at the halfway house and anticipated release plans.

IT IS THEREFORE ORDERED that Morris's request **[ECF No. 55] is DENIED.** Morris is also cautioned that requests to the court must be styled as motions, as Local Rule 7-1(b) warns that "All communications with the court must be styled as a motion . . . and must be filed in the court's docket and served on all other attorneys and pro se parties"; the court will not respond to further letters in this case.

                                                                                               _____
U.S. District Judge Jennifer A. Dorsey
Dated: April 23, 2021

---

[1] ECF No. 42 (judgment).
[2] ECF No. 55.